## MASSACHUSETTS BONDING AND INSURANCE COMPANY *v.* STATE OF INDIANA, EX REL. CLARK ET AL.

[No. 10,268.   Filed April 28, 1920.   Rehearing denied November 5, 1920.   Transfer denied June 2, 1921.]

From Martin Circuit Court; *James W. Ogdon,* Judge.

Action between the Massachusetts Bonding and Insurance Company and the State of Indiana, on the relation of William Clark and others.   From the judgment rendered, the former appeals. *Affirmed.*

*Bailey & Young* and *H. Q. Houghton,* for appellant.
*Frank E. Gilkison,* for appellees.

BATMAN, J.—The questions involved in this cause are substantially the same as those presented in *Massachusetts, etc., Ins. Co.* v. *State, ex rel.* (1920), *ante* 16, 127 N. E. 223, and on the authority of that case, this judgment is affirmed.

---

## MASSACHUSETTS BONDING AND INSURANCE COMPANY *v.* STATE OF INDIANA, EX REL. FRANKLIN ET AL.

[No. 10,269.   Filed April 29, 1920.   Rehearing denied October 7, 1920.   Transfer denied June 2, 1921.]

From Martin Circuit Court; *James W. Ogdon,* Judge.

Action between the Massachusetts Bonding and Insurance Company and the State of Indiana, on the relation of Walter Franklin and others.   From the judgment rendered, the former appeals. *Affirmed.*

*Bailey & Young* and *H. Q. Houghton,* for appellant.
*Frank E. Gilkison,* for appellees.

REMY, P. J.—The questions involved in this cause are in all respects the same as those presented in *Massachusetts, etc., Ins. Co.* v. *State, ex rel.* (1920), *ante* 16, 127 N. E. 223, and on the authority of that case, the judgment is affirmed.